IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

**PHADIA US INC.**,

    Plaintiff,

Case No. 1:24-cv-236

Hon. Paul L. Maloney

v

**BNB DIAGNOSTICS, LLC**,

    Defendant.

DEFAULT JUDGMENT

## DEFAULT JUDGMENT

    The defendant, having failed to appear, plead, or otherwise defend in this action, and default having been entered on June 5, 2024, and Counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper Motion and Affidavit in accordance with Federal Rule of Civil Procedure 55 (a) and (b); Judgment is hereby entered in favor of Plaintiff Phadia US Inc., against Defendant BNB Diagnostics, LLC as follows: **$945,170.46**, which is attributable to open receivables of $92,720.22; interest on the open receivables in the amount of $23,654.64; and a shortfall in the amount of $828,795.60.

    Plus interest on the judgment at the legal rate until the judgment is satisfied.

Date:   June 20  , 2024.

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge